# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **BRADLEY RUDKIN** | ' | |
| **Plaintiff,** | ' | |
| v. | ' | Civil Action NO. 1:17-cv-849-LY |
| **ROGER BEASLEY IMPORTS, INC.** | ' | |
| **Defendant.** | ' | |

### ROGER BEASLEY IMPORTS, INC.'S NOTICE OF APPEAL

Roger Beasley Imports, Inc. ("Beasley") files this Notice of Appeal. Notice is hereby given that Beasley, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on the 31st day of January, 2018 (Clerk's Document 20), which denied Beasley's Motion to Dismiss, for Fees and Sanctions; overruled Beasley's objections to the Magistrate Judge's Report and Recommendation; and approved and accepted the Report and Recommendation of the United States Magistrate Judge (Clerk's Document 18).

Respectfully Submitted,

DOWNS STANFORD, P.C.

By: _____/s/ R. Lynn Fielder_____
R. Lynn Fielder
Texas State Bar No. 06971100
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
lfielder@downsstanford.com
Telephone:   (214) 748-7900
Facsimile:    (214) 748-4530

And

RICHARDSON & BURGESS, LLP

By: _____/s/ Karen C. Burgess_____
Texas State Bar No. 00796276
221 W. 6th St., Suite 900
Austin, TX 78701
kburgess@richardsonburgess.com
Telephone: (512) 797-0175
Facsimile: (512) 499-8886

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 26, 2018, the foregoing was filed with the Clerk of the Court via the electronic filing/ECF system, which caused a Notice of Electronic Filing to be sent to the following counsel of record:

Justin P. Nichols
The Nichols Law Firm, PLLC
405 N. St. Mary's St., Suite 1000
San Antonio, TX 78205

                                                    /s/ Karen C. Burgess
                                                    Karen C. Burgess